Marie Wilkinson, Appellant, v. Hart's Drive-In, Inc., Appellee.

Gen. No. 10,361.

opinion filed June 29, 1949; released for publication July 16, 1949. Sidney D. Podolsky, for appellant; Matthews, Jordan & Dean, for appellee; Everett Jordan, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.